UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOYCE ARRINGTON and**
**PAULA KOWAL,**

    **Plaintiffs,**

v.                                          Case No.  8:06-cv-536-T-30TGW

**VISITING NURSE ASSOCIATION OF**
**FLORIDA, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Joint Motion for Dismissal (Dkt. #12).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #12) is GRANTED.

2. This cause is dismissed without prejudice, each side to bear their own fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 8, 2006.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-536.dismissal 12.wpd